United States District Court
Northern District of California

1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7   SAIYEZ AHMED,                                Case No. 17-cv-05579-JD

                    Petitioner,
8
                                                **ORDER OF DISMISSAL**
9           v.
                                                Re: Dkt. No. 2
10  DEBBIE ASUNCION,

                    Respondent.
11

12

13          Petitioner, a California prisoner, has filed a pro se petition for a writ of habeas corpus

14  pursuant to 28 U.S.C. § 2254.  Petitioner was convicted in Contra Costa County, which is in this

15  district, so venue is proper here.  *See* 28 U.S.C. § 2241(d).  He has also filed a motion to proceed

16  in forma pauperis.

17                                     **BACKGROUND**

18          On December 4, 1998, petitioner was found guilty of false imprisonment and second

19  degree robbery.  Case No. 02-cv-5207 SBA, Docket No. 15 at 2.  The trial court found that

20  petitioner had three prior strike allegations and he was sentenced to twenty-five years to life in

21  prison.  *Id*.  Petitioner filed a prior federal habeas action in this Court.  Case No. 02-cv-5207 SBA.

22  That petition was denied on the merits on February 28, 2006.  Case No. 02-cv-5207 SBA, Docket

23  No. 15.

24                                     **DISCUSSION**

25          "A claim presented in a second or successive habeas corpus application under section

26  2254 that was not presented in a prior application shall be dismissed . . ." 28 U.S.C. § 2244(b)(2).

27  This is the case unless,

28

(A) the applicant shows that the claim relies on a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable; or

(B) (i) the factual predicate for the claim could not have been discovered previously through the exercise of due diligence; and

(ii) the facts underlying the claim, if proven and viewed in light of the evidence as a whole, would be sufficient to establish by clear and convincing evidence that, but for constitutional error, no reasonable factfinder would have found the applicant guilty of the underlying offense.

28 U.S.C. § 2244(b)(2).

"Before a second or successive application permitted by this section is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application." 28 U.S.C. § 2244(b)(3)(A).

Petitioner presents a claim regarding the same underlying conviction that was reviewed in the prior petition. He argues that the prior strikes used to enhance his sentence were unconstitutional. Yet, petitioner has not provided evidence that the Ninth Circuit has authorized a successive petition. The petition is dismissed but petitioner may refile the petition if he receives permission from the Ninth Circuit.

## CONCLUSION

1. The motion to proceed in forma pauperis (Docket No. 2) is **GRANTED**.

2. The petition is **DISMISSED** for the reasons set forth above. A certificate of appealability is **DENIED**.

3. The Clerk shall close this action.

**IT IS SO ORDERED.**

Dated: June 26, 2018

_____

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAIYEZ AHMED,

        Plaintiff,

    v.

DEBBIE ASUNCION,

        Defendant.

Case No.  17-cv-05579-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 26, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Saiyez  Ahmed
CDC# P-27595
R.J.D.C.F.
480 Alta Road
San Diego, CA 92179

Dated: June 26, 2018

Susan Y. Soong
Clerk, United States District Court

By: _____
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO